UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

VAUGHN S. WATROUS,
    Plaintiff

v.                                          C.A. No. 09-605 S

WAYNE T. SALISBURY, JR.,
ET AL.,
    Defendants.

### ORDER

The Report and Recommendation of United States Magistrate Judge Jacob Hagopian filed on September 14, 2010, in the above-captioned matter is hereby accepted pursuant to Title 28 United States Code § 636(b)(1). No objection having been filed to the Report & Recommendation, Plaintiff's Motion to Proceed *in forma pauperis* is DENIED and the matter is hereby DISMISSED for failure to state a claim upon which relief may be granted, pursuant to 28 U.S.C. §1915(e)(2).

ENTER:

/s/ William E. Smith
William E. Smith
United States District Judge

Date: 10/7/10